UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

DEC 03 2024

LAURA A. AUSTIN, CLERK
BY: M. POFF
DEPUTY CLERK

Aubrey McKay,

Plaintiff,

Civil Action No.
7:24CV00854

COMPLAINT

J. Artrip: Warden
Collins: Corrections Officer
Slush: Corrections Officer
A. Blevins: Sgt
in their individual Capacities
Defendants.

## I. Jurisdiction & Venue

1. This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation under color of State law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3)

2. The Western District of Virginia is an appropiate venue under 28. U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II. Plaintiff

3. Plaintiff Aubrey McKay, is and was at all times mentioned herein a prisoner of the State of Virginia in the custody of the Virginia Department of Corrections.

1.

He is currently confined at Wallens Ridge State Prison located at 272 Dogwood Drive, Big Stone Gap, Virginia.

## III. Defendants

4. Defendant J. Artrip is the Warden of Wallens Ridge State Prison. He is legally responsible for the operation of Wallens Ridge State Prison and for the welfare of all the inmates of that prison.

5. Defendant Collins is a Correctional Officer of the Virginia Department of Corrections who, at all times mentioned in this complaint, held the rank of prison guard and was assigned to Wallens Ridge State Prison.

6. Defendant Slus is a correctional officer of the Virginia Department of Corrections who, at all times mentioned in this complaint, held the rank of prison guard and was assigned to Wallens Ridge State Prison.

7. Defendant B. Blevins is a correctional officer of the Virginia Department of Corrections who, at all times mentioned in this complaint, held the rank of sergeant and was assigned to Wallens Ridge State Prison.

8. Each defendant is sued in his individual capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

## IV. Facts

9. At all times relevant to this case, Plaintiff McKay was housed in B-building Cell B-212 at Wallens Ridge State Prison.

2.

10. Prior to September 28th 2024 there was a Storm so the prison was on lockdown. Defendant J. Artrip ordered that the water to all the cells be turned off due to the power being out and the prison running from a generator.

11. Defendants R. Blevins and slus stated that the prisoners including the Plaintiff would be passed out water bag to drink during meal times and in the evening. Defendant R. Blevins in the Sgt. that is assigned to B-building where Plaintiff McKay is housed. The water to the cells was only turned on for a short amount of time 2 to 3 times daily including September 28th 2024 when Defendants R. Blevins and slus refused to supply water to the Plaintiff. The times the water was turned on it was not drinkable to being brown and full of contamination.

12. The next day on September 29th 2024 Plaintiff McKay was denied being able to shower. Defendant Collins was working in the B-2 pod and announced that the prisoners including Plaintiff McKay would not be given a chance to shower even though it was more than 72 hours from the last time Plaintiff was afforded a shower.

## V. Exhaustion of Legal Remedies

13. Plaintiff McKay used the prisoner grievance procedure available at Wallens Ridge state Prison to try and solve the problem.

3.

On September 28th 2024 Plaintiff Mckay presented the facts relating to this complaint. On October 16th 2024 Mckay recieved a response saying the complaint had been denied. On October 17th 2024 Mckay filed a follow-up Grievance which was also denied. Plaintiff Mckay appealed the denial to the Regional ombudsman but the denial was upheld. Attached as Exhibit A

14. Plaintiff Mckay used the prisoner grievance procedure available at Wallens Ridge State prison to try and solve the problem. On September 30th 2024 Plaintiff Mckay presented the facts relating to this complaint. On October 16th 2024 Mckay recieved a response saying the complaint had been denied. On October 17th 2024 Mckay filed a follow-up Grievance which was also denied. Plaintiff Mckay appealed the denial to the Regional ombudsman but the denial was upheld. Attached as Exhibit B

15. Plaintiff Mckay has exhausted the Grievance process to no satisfactory conclusion.

## VI. Legal Claims

16. Plaintiff Mckay re alleyes and incorporate by reference paragraphs 1-15.

17. By Defendant J. Artrip implamenting the water being turned off for multiple days violated plaintiff Mckays under the Eighth Amendment to the United States Constitution and caused plaintiff Mckay pain, suffering and emotional distress.

4.

18. By Defendant R. Blevins failing to correct the violations and being the Sgt overseeing Defendants Slus and Collins, Blevins is also violating Plaintiff Mckays rights under the Eighth Amendment to the United States Constitution and caused Plaintiff Mckay pain, suffering and emotional distress.

19. By Defendants Slus and Collins refusing to give the Plaintiff drinking water or a shower violated his rights under the Eighth Amendment to the United States Constitution and caused Plaintiff Mckay Pain, suffering and Emotional distress.

20. Plaintiff Mckay has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff Mckay has been irreparably injured by the conducts of the Defendants.

## VII. Prayer for Relief

WHEREFORE, plaintiff Mckay respectfully prays that this court enter judgment:

21. Granting plaintiff Mckay Compensatory damages in the amount of $100,000 against each defendant, jointly and severally.

5.

22. Plaintiff Mckay seeks punitive damages in the amount of $75,000 against each defendant jointly and severally.

23. Plaintiff seeks a jury trial on all issues triable by jury

24. Recovery of all cost in this suit, and

25. Any additional relief this court deems just, proper and equitable.

Dated: November 18th 2024.

Respectfully Submitted.
Aubrey Mckay
# 1797394
Wallens Ridge State Prison
VDOC Centralized Mail Dist.
3521 Woods Way
State Farm, VA 23160

# VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged herein are true, except as to matters alleged on Information and belief, and as to those, I believe them to be true. I certify under penalty of purjury that the foregoing is true and correct.

Executed at Wallens Ridge State Prison Big Stone Gap, VA on November 18th 2024

_Aubrey Mckay_

6.

Aubrey McKay #1797394
W.R.S.P. P.O. BOX 759
Big Stone Gap. VA 24219

CERT

9589 0710

United State
office of
210 Frankl
Roanoke, V



TIFIED MAIL®

5270 2364 7157 33

FIRST-CLASS

US POSTAGE ᴵᴹᵖPITNEY BOWES

ZIP 24219  $007.16⁰
02 7W
0008027035 NOV 22 2024

District Court
the Clerk
in Rd. RM 540
4 24011

**RECEIVED**

DEC 0 3 2024

USDC Clerk's Office
Mail Room

Received
Mailroom

NOV 22 2024

Wallens Ridge
State Prison