

**VIRGINIA**
DEPARTMENT OF CORRECTIONS

**Written Complaint** 866_F3_6-21

## Written Complaint

RECEIVED GRIEVANCE DEPT.

RECEIVED GRIEVANCE DEPT.

**Instructions for filing:**  OCT 17 2024
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink. WALLENS RIDGE STATE PRISON
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

OCT 02 2024

WALLENS RIDGE STATE PRISON

RECEIVED GRIEVANCE DEPT.

| A. McKay | 1797394 | | B-212 |
|---|---|---|---|
| Offender Name | Offender Number | OCT 18 2024 | Housing Assignment |

Officer Slush / WRSP Official
Individuals Involved in Incident                 WALLENS RIDGE STATE PRISON

09/28/2024 / Approx 3:45PM
Date/ Time of Incident

Received Level 2 Response

**TO:** Grievance Coordinator
(You must address your issue to institutional staff or an institutional department)

NOV 15 2024

Wallens Ridge State Prison

**In the space provided explain your issue (be specific):**

At the Above date And approx time, due to the circumstances and the hurricane, our water was turned off, and only cut on the water About 2 or 3 times, it was ordered by Administration that water bags be passed out At every feeding time; also at night". NO WATER BAGS WAS PASSED OUT AT ALL THROUGHOUT THAT WHOLE DAY. See Body cam & Pod Cam to prove what im saying is true. Which is a violation of my 8TH Amendment Cruel and unusual Punishment. This is me exhausting my State remedies because i will be filing a 1983.

Offender Signature: A. McKay                          Date: 09/28/2024

**Offenders - Do Not Write Below This Line**

Date Received: 10-2-24     Response Due: 10-17-24     Log Number: WRSP-24-WR1-06187

Assigned to: UM Stallard

**Action Taken/Response:**

Institutional lockdowns due to natural disasters are not intended to be punitive in nature. Water conservation measures are placed in effect in order to conserve water.

Respondent Signature                 Printed Name and Title                 Date  10-16-24

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

RECEIVED OMBUDSMAN NOV 07 2024 SERVICE UNIT WESTERN REGION

Offender Signature: _____                 Date: _____

Staff Witness: _____                 Date: _____

VIRGINIA DEPARTMENT OF CORRECTIONS                 *Revision Date: 6/21/21*



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

RECEIVED GRIEVANCE DEPT.

**Regular Grievance** 866_F1_4-24

## Regular Grievance

OCT 18 2024

WALLENS RIDGE STATE PRISON

Log Number: _____

**Instructions for Filing:**

• You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
• You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
• Your grievance must be received within 30 days from the date of the original incident or discovery of the incident unless a more restrictive time limit applies.
• Your *Regular Grievance* must be complete and accurate.
• You must explain your issue and how you were personally affected in the space provided, preferably in ink.
• You must avoid the reasons for rejection at intake. If      grievance is rejected, you have 5 days to appeal.
• When multiple issues are submitted on the same grievance, you will only receive a response to the issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

| | | |
|---|---|---|
| A. mckay | #1797394 | B-212 |
| **Inmate Name (Last Name, First)** | **Inmate Number** | **Housing Assignment** |
| Officer Slush / WRSP official | 09/28/2024  /  Approx 3:45pm | |
| **Individuals Involved in Incident:** | **Date/ Time of Incident** | |

**Results of the Informal Complaint Process** (Select one)

☒ *Written Complaint #* ___WRSP-24-WRI-06187___ on this issue attached.
☐ Other documentation used to satisfy the informal complaint process is attached.
☐ Informal complaint process is not required for this issue.

**Explain Your Issue:**    (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

At the above date and approx time, due to the weather circumstances, and the hurricane our water was turned off, and only cut on the water about 2 or 3 times. it was ordered by Administration that water bags be passed out at every feeding time; also at night. NO WATER BAGS WAS PASSED OUT AT ALL THROUGH OUT THAT WHOLE DAY. See Body Cam & Pod Cam to prove what im saying is true. Which is a violation of my 8th Amendment Cruel and unusual Punishment. This is me exhausting my remedies.

Received Level 2 Response

NOV 15 2024

Wallens Ridge State Prison

RECEIVED OMBUDSMAN NOV 07 2024 SERVICE UNIT WESTERN REGION

**Suggested Remedy:**    (In the space below, identify the action you would like taken.)

I want to be heard and transferred

| | |
|---|---|
| A. Mc | 10/17/24 |
| **Inmate Signature** | **Date** |

**VIRGINIA DEPARTMENT OF CORRECTIONS**    Page 1 of 2    *Revision Date: 4/10/24*



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_4-24

**Intake Decision:** (Grievances must be accepted and logged into V___ORIS unless returned for the following reason(s).)

| | |
|---|---|
| ☐ | **Non-Grievable:** |
| | ☐ Disciplinary hearing decisions, penalties, and/or procedural errors |
| | ☐ Regular Grievance Intake Decisions |
| | ☐ Limitation Decisions |
| | ☐ State and Federal laws, regulations, and court decisions |
| | ☐ Policies, procedures, and decisions of other agencies |
| | ☐ Issues yet to occur |
| | ☐ Beyond the control of the Department of Corrections |

*Water bags were passed out. The water was turned on every 4 hours for 30 minutes. Inmates were instructed to retain water.*

☑ **Personally Affected:** You must identify how the issue caused personal harm or loss to you.

☐ **Limited:** You have been limited by the Facility Unit Head and this grievance is in excess of your limit.

☐ **Expired Filing Period:** You must submit your grievance within 30 days of the date of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot.

☐ **Repetitive:** You submitted this issue previously on *Regular Grievance #*

☐ **Group Complaints or Petitions:** You must submit a grievance on your own behalf. You cannot file a grievance with a group.

☐ **Photocopy/Carbon Copy:** You did not submit the original grievance documents.

☐ **Informal Complaint Process:** You failed to use the informal complaint process and must submit a *Written Complaint* on this issue, or your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue.

☐ **Insufficient Information**: (Not to include Medical, Sexual Abuse, and Sexual Assault). You must provide the following information within 5 days before the grievance can be processed: _____

☐ **Request for Services (Explain how issue should be addressed):** _____

**Institutional Ombudsman Signature**  *V. Ebrandt*  **Date** *10/18/24*

**Appeal of Intake Decision**

(If you disagree with the intake decision, you have 5 days from date of receipt to submit this grievance for further review by the Regional Ombudsman.)

**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final.

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1, *Inmate Grievance Procedure*. |
| ☐ | The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response. |
| ☑ | The intake decision is being returned to you because the 5-day time limit for review has been exceeded. |

**Regional Ombudsman Signature**  *Cathy Meade*        **Date** *11/07/2024*

**Withdrawal of Grievance:**

I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance there will be no further action on this issue and I will not receive a response to this grievance. I understand that I may resubmit this same issue once on a new *Regular Grievance* if the original 30-day time limit has not expired.

**Inmate Signature:** _____  **Date:** _____

**Staff Witness:** _____  **Date:** _____



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

*Exhibit B*

RECEIVED GRIEVANCE DEPT.

**Written Complaint** 866_F3_6-21

RECEIVED GRIEVANCE DEPT.

## Written Complaint

RECEIVED GRIEVANCE DEPT.

OCT 02 2024

WALLENS RIDGE STATE PRISON

**Instructions for filing:** OCT 17 2024

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink. WALLENS RIDGE STATE PRISON
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation. RECEIVED GRIEVANCE DEPT.

| | | | |
|---|---|---|---|
| A. Mchay | 1797394 | OCT 18 2024 | B-212 |
| Offender Name | Offender Number | | Housing Assignment |

Officer Collins

WALLENS RIDGE STATE PRISON

09/29/2024 / Approx 4:00pm

Individuals Involved in Incident

Date/Time of Incident

Received Level 2 Response

**TO:** Grievance Coordinator

NOV 15 2024

(You must address your issue to institutional staff or an institutional department)

Wallens Ridge State Prison

**In the space provided explain your issue (be specific):**

On the Above date and approx time, it has been over 72 hours since we were let out of our cells. Per Policy, it is required that All VDOC inmates receive A shower once every 72 hours, or 3 showers per week. Officer Collins told all inmates that we were not coming out for showers. Wallens Ridge State Prison was not ~~able to~~ deemed fit to continue to house inmates while their water and etc. was messing up". My 8th Amendment which is cruel, and unusual Punishment has been violated

Offender Signature: A. Mchay S          Date: 09/30/2024

*Offenders - Do Not Write Below This Line*

Date Received: 10-2-24     Response Due: 10-17-24     Log Number: WRSP-24-WRI-06188

Assigned to: UM Stallard

**Action Taken/Response:**

Institutional lockdown due to natural disasters are not intended to be punitive in nature. Water conservation measures are placed in effect in order to conserve water.

Respondent Signature          Lt Mann          10-16-24
                              Printed Name and Title          Date

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

RECEIVED
OMBUDSMAN
NOV 17 2024
SERVICE UNIT
WESTERN REGION

Offender Signature: _____          Date: _____

Staff Witness: _____          Date: _____



VIRGINIA
DEPARTMENT OF CORRECTIONS

*Exhibit B*

**Regular Grievance** 866_F1_4

Fast Absorbing
Daily Body Lotion
for Ultra Hydration
Loción ultra-hidratante

OCT 18 2024    **Regular Grievance**        Log Number: _____

**Instructions for Filing**
- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the date of the original incident or discovery of the incident unless a more restrictive time limit applies.
- Your *Regular Grievance* must be complete and accurate.
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake. If your grievance is rejected, you have 5 days to appeal.
- When multiple issues are submitted on the same grievance, you will only receive a response to the issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

A. McKay                                                                          B-212
**Inmate Name (Last Name, First)**           **Inmate Number**          **Housing Assignment**

Officer Collins                  09/29/2024    /    Approx 4:00pm
**Individuals Involved in Incident:**                         **Date/ Time of Incident**

**Results of the Informal Complaint Process (Select One):**
☒ *Written Complaint #* WRSP-24-WRL-06188   on this issue attached.
☐ Other documentation used to satisfy the informal complaint process is attached.
☐ Informal complaint process is not required for this issue.

**Explain Your Issue:**  (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

On the above date and approx time, it has been over 72 hours since we were let out of our cells. Per Policy it is required that all VDOC inmates receive a shower once every 72 hours or 3 showers per week. Officer Collins told all inmates that we were not coming out for showers. Wallens Ridge State Prison was not deemed fit to continue to house inmates while their water and etc. was messing up. My 8ᵀᴴ Amendment which is cruel and unusual Punishment has been violated.

**Suggested Remedy:**  (In the space below, identify the action you would like taken.)

I want to be heard and transferred

A. M___                                                     10/17/24
**Inmate Signature**                                       **Date**



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_4-24

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s).)

☐ **Non-Grievable:**
    ☐ Disciplinary hearing decisions, penalties, and/or procedural errors
    ☐ Regular Grievance Intake Decisions
    ☐ Limitation Decisions
    ☐ State and Federal laws, regulations, and court decisions
    ☐ Policies, procedures, and decisions of other agencies
    ☐ Issues yet to occur
    ☐ Beyond the control of the Department of Corrections

*Institutional lockdown due to water shortage*

☑ **Personally Affected:** You must identify how the issue caused personal harm or loss to you.

☑ **Limited:** You have been limited by the Facility Unit Head and this grievance is in excess of your limit.

☐ **Expired Filing Period:** You must submit your grievance within 30 days of the date of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot.

☐ **Repetitive:** You submitted this issue previously on *Regular Grievance #*

☐ **Group Complaints or Petitions:** You must submit a grievance on your own behalf. You cannot file a grievance with a group.

☐ **Photocopy/Carbon Copy:** You did not submit the original grievance documents.

☐ **Informal Complaint Process:** You failed to use the informal complaint process and must submit a *Written Complaint* on this issue, or your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue.

☐ **Insufficient Information**: (Not to include Medical, Sexual Abuse, and Sexual Assault). You must provide the following information within 5 days before the grievance can be processed: _____

☐ **Request for Services (Explain how issue should be addressed):**

**Institutional Ombudsman Signature** *Vipbrandt*    **Date** *10/18/24*

## Appeal of Intake Decision

(If you disagree with the intake decision, you have 5 days from date of receipt to submit this grievance for further review by the Regional Ombudsman.)

**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final.

☐ The intake decision is being upheld in accordance with Operating Procedure 866.1, *Inmate Grievance Procedure*.
☐ The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response.
☒ The intake decision is being returned to you because the 5-day time limit for review has been exceeded.

**Regional Ombudsman Signature** *Cathy Meade*    **Date** *11/07/2024*

## Withdrawal of Grievance:

I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance there will be no further action on this issue and I will not receive a response to this grievance. I understand that I may resubmit this same issue once on a new *Regular Grievance* if the original 30-day time limit has not expired.

**Inmate Signature:** _____    **Date:** _____

**Staff Witness:** _____    **Date:** _____