IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Abingdon Division

AUBREY McKAY,

    Plaintiff,

v.                                                                  Civil Action No. 7:24cv00854

J. ARTRIP, *et al.*,

    Defendants.

### STATEMENT NOTING DEATH

Pursuant to Federal Rule of Civil Procedure 25, Defendants Artrip, Blevins, Collins, and Sluss provide this statement noting the death of Plaintiff Aubrey McKay on June 4, 2025.  Upon information and belief, Aubrey L. McKay, Jr., Plaintiff's father, has qualified as the administrator of Plaintiff's estate and serves as Plaintiff's representative.  A copy of a Certificate/Letter of Qualification provided by an attorney for Mr. McKay, Jr., is provided as **Exhibit 1**.  The Commonwealth has also received a letter from attorneys purporting to represent Stacey Carter, Plaintiff's mother, and identifying her "as the duly authorized representative of the Estate of Mr. Aubrey McKay."

### NOTICE TO DECEDENT'S SUCCESSOR OR REPRESENTATIVE

To:    Aubrey L. McKay, Jr.
        6614 Potomac Ave
        Alexandria, VA 22309

To:    Stacey Carter
        14300 Jefferies Rd, Apt. 1205
        Woodbridge, VA 22194

YOU ARE HEREBY NOTIFIED that Plaintiff Aubrey McKay initiated this lawsuit.  A

successor or representative of Plaintiff may be able to take action to make substitution for the

deceased party.  Federal Rule of Civil Procedure 25(a)(1) provides:

> *Substitution if the Claim Is Not Extinguished.*  If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative.  If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Respectfully submitted,

/s/ D. Patricia Wallace
D. Patricia Wallace, VSB #92964, SAAG
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Tel.: 804-786-2912; Fax: -4239
E -mail:  pwallace@oag.state.va.us
(*Counsel for Named Defendants*)

CERTIFICATE OF SERVICE

I certify that the foregoing and its attachment are being filed this day, December 9, 2025, via

ECF, and, pursuant to Rule 4, a copy of them along with the complaint in this matter is being

provided to a person authorized to provide service to serve the following:

Aubrey L. McKay, Jr.
6614 Potomac Ave
Alexandria, VA 22309

Stacey Carter
14300 Jefferies Rd, Apt. 1205
Woodbridge, VA 22194

By:    /s/D. Patricia Wallace
D. Patricia Wallace, SAAG, VSB #92964

2