UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF VIRGINIA

AUBREY McKAY, Jr.
    Next Friend and Father of
    Aubrey McKay, III
    And as the Personal Representative
    And as Administrator of the
ESTATE OF AUBREY McKAY, III
    14604 Aurora Drive
    Woodbridge, VA 22193

v.

    CA No. # 7:24: cv 00854

J. Artrip: Warden
Collins: Correction Officer
Slush: Correction Officer
R. Bevins: Sgt. In their Individual Capacity

NOTICE OF APPEARANCE OF COUNSEL

And

FILING OF MOTION TO SUBSTITUTE FATHER AUBREY MCKAY

Comes now, Aubrey Mckay, Jr. and his counsel, David L. Shurtz, Esq., VA Bar Number 21183, and files this motion to substitute the father, Aubrey McKay, Jr. for his son Aubrey McKay, III, who was deceased on August 4, 2025 as the party of continued interest in case number 7:24: cv 00854, Exhibit 1, Aubrey McKay, III, Death Certificate..

This matter is in conjunction with the counsel for Virginia/VA DOC, Patricia Wallace, in the matter of the death of Aubrey McKay, III, in the

Wallens Ridge Virginia State Prison.  Both Patricia Wallace and Plaintiff's counsel  have conferred in this matter and are trying to steer this Complaint as a vehicle for Mediation.  Both are in agreement to proceed to Mediation.

Please acknowledge the representation of David L. Shurtz, Esq. in this matter, as  well as the substitution of the father, Aubrey McKay, Jr. for his deceased son, Aubrey McKay, III, in this matter and hopefully, appoint a Mediator in this case to resolve the outstanding issues in the cases of Aubrey McKay, III, pursuant to 42 USC 1983, et. seq.

I ask for this:

David L. Shurtz, Esq.
VA Bar # 21183
1200 N. Nash Street, # 835
Arlington, VA  22209
(202) 617-9141
Dshurtz103@gmail.com

## CERTIFICATE OF SERVICE

I, hereby certify, that a copy of the foregoing has been sent to Patricia Wallace, Counsel for VA and DOC on this 30thday of January 2026, pwalllace@0ag,state.January 30, 2026, pwalllace@oag.state.va.us.

David L. Shurtz