1/30/26, 7:39 PM                                        CM/ECF - U.S. District Court:vawd
**Notices**
7:24-cv-00854-TTC-JCH McKay
v. Artrip et al

PRIS,PROSE,IFP

## U.S. District Court

### Western District of Virginia

**Notice of Electronic Filing**

The following transaction was entered by Shurtz, David on 1/30/2026 at 1:39 PM EST and filed on 1/30/2026
**Case Name:**        McKay v. Artrip et al
**Case Number:**      7:24-cv-00854-TTC-JCH
**Filer:**
**Document Number:** 19(No document attached)

**Docket Text:**
NOTICE of Appearance by David Loren Shurtz on behalf of Aubrey McKay (Shurtz, David)

**7:24-cv-00854-TTC-JCH Notice has been electronically mailed to:**

David Loren Shurtz     dshurtz103@gmail.com

Dorothy Wallace     pwallace@oag.state.va.us, acaul@oag.state.va.us, ayawn@oag.state.va.us,
kbuard@oag.state.va.us, kwarren@oag.state.va.us, msteger@oag.state.va.us, thunter@oag.state.va.us

**7:24-cv-00854-TTC-JCH Notice has been delivered by other means to:**