IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Abingdon Division

AUBREY McKAY,

     Plaintiff,

v.

J. ARTRIP, *et al.*,

     Defendants.

Civil Action No. 7:24cv00854

## ANSWER & AFFIRMATIVE DEFENSES

Defendants Artrip, Collins, Slush, and Blevins state as their answer and affirmative defenses:

Defendants deny all factual allegations of the amended complaint and demand strict proof of each assertion. Further, Defendants deny that the Estate is entitled to any relief.

## AFFIRMATIVE DEFENSES

Defendants state the following affirmative defenses to the complaint, reserving the right to raise any such other defenses that may arise during Plaintiff's prosecution of this action:

## FIRST DEFENSE

Defendants are entitled to good faith and/or qualified immunity.

## SECOND DEFENSE

To the extent, if any, Plaintiff incurred harm, damages, or injuries, such were the result of superseding, intervening causes, themselves sufficient to break any chain of causation.

## THIRD DEFENSE

To the extent, if any, that Plaintiff incurred harm, damages, or injuries, such was the result

of Plaintiff's own actions.

FOURTH DEFENSE

Plaintiff failed to mitigate his damages, if any.

FIFTH DEFENSE

To the extent Plaintiff can make no showing of any physical injury accompanying or

preceding any alleged emotional or mental injuries, his claim for monetary damages is barred under

42 U.S.C. § 1997e(e).

SIXTH DEFENSE

Plaintiff was not subjected to conditions unrelated to a legitimate penological interest.

SEVENTH DEFENSE

Plaintiff failed to exhaust his administrative remedies.

Respectfully submitted,

/s/ D. Patricia Wallace
D. Patricia Wallace, SAAG, VSB #92964
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Tel.: 804-786-2912; Fax: -4239
E -mail:  pwallace@oag.state.va.us
(*Counsel for Named Defendants*)

CERTIFICATE OF SERVICE

I certify that the foregoing is being filed this day, March 2, 2026 via ECF, which will

automatically provide notice to Plaintiff's counsel.

By:    /s/D. Patricia Wallace
D. Patricia Wallace, SAAG, VSB #92964

2